IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2017 JUL 28  AM 10: 26

| | |
|---|---|
| THOMAS W. DAVIS,<br><br>      Plaintiff,<br><br>v.<br><br>NSB NIEDERELBE SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG; MAERSK LINE A/S CO., and MEDITERRANEAN SHIPPING COMPANY (USA), INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:16-CV-0270-LGW-GRS<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ON JOINT CONSENT MOTION TO ALLOW DEPOSITIONS OUTSIDE OF THE DISCOVERY PERIOD

The Court hereby **GRANTS** the Parties Joint Consent Motion. The Parties shall be allowed to schedule and conduct the depositions of Dr. Amy Pearson, Dr. Thomas Danello, Ricky Deloach and a representative of NSB Niederelbe Schiffahrtsgesellschaft mbH & Co. KG.'s outside of the discovery period.

This 27th day of July, 2017.

_____
Magistrate Judge, United States District Court
Southern District of Georgia

Prepared by:

Brent J. Savage
Georgia Bar No. 627450
Savage, Turner, Pinckney & Savage
Post Office Box 10600
Savannah, GA 31412
Phone: (912) 231-1140
**Attorney for Plaintiff**

Consented to by:

Colin A. McRae
*Georgia Bar No. 499045*
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
Post Office Box 9848
Savannah, GA 31412
Phone: (912) 236-0261

4